IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ELIZABETH YOUNG AND JAMES PATRICK MCGINNIS, AS EXECUTOR ON BEHALF OF THE ESTATE OF JAMES YOUNG, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| SCHLUMBERGER TECHNOLOGY CORPORATION and E&P WIRELINE SERVICES, | § § § § § | |
| Defendants. | § | |

## INDEX OF STATE COURT FILE

| TAB NO. | DOCUMENT | DATE FILED |
|---|---|---|
| 1 | Docket Sheet | |
| 2 | Judge's Civil Docket | |
| 3 | Plaintiff's Original Petition | 12/11/2013 |
| 4 | Summons Issued to E & P Wireland | 12/11/2013 |
| 5 | Summons Issued to Schlumberger Technology Corp. | 12/11/2013 |
| 6 | Notice of Intent to Dismiss for WOP to all parties | 04/04/2014 |
| 7 | Plaintiffs' Motion to Retain | 04/17/2014 |
| 8 | Plaintiffs' Amended Verified Motion to Retain | 04/21/2014 |
| 9 | Order on Plaintiffs' Amended Motion to Retain | 04/22/2014 |
| 10 | Letter requesting conformed Order | 04/22/2014 |
| 11 | Plaintiffs' First Amended Original Petition | 04/24/2014 |
| 12 | Summons Issued to E & P Wireline | 04/24/2014 |

2

| | | |
|---|---|---|
| 13 | Summons Issued to Schlumberger Technology Corp. | 04/24/2014 |
| 14 | Letter enclosing Citation for Defendant Schlumberger | 05/08/2014 |
| 15 | Letter from Baker Botts L.L.P. re: requesting copies | 05/19/2014 |
| 16 | Letter from Baker Botts L.L.P. re: payment of copies | 05/21/2014 |